IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JANET SYSUN                                               PLAINTIFF

     VS.                        Civil No. 2:15-cv-02012-MEF

CAROLYN W. COLVIN                                         DEFENDANT
Acting Commissioner, Social Security Administration

## JUDGMENT

For reasons stated in the Memorandum Opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice. **The parties have sixty (60) days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 18th day of March, 2016.

/s/ Mark E. Ford
HONORABLE MARK. E. FORD
UNITED STATES MAGISTRATE JUDGE